IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 04–cr–00107–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  JAMIE TORELL,

    Defendant.

---

**ORDER**

---

This matter is before the court on Defendant's motion (#86) to reduce her sentence. Although Defendant cites Fed. R. Crim. Pro. 35(b), the reliance is misplaced, since that rule provides for reduction of a sentence on the motion of the Government, not a defendant. Besides, the court is aware of no reason to reduce Defendant's sentence, and Defendant does not mention one. Accordingly, it is

ORDERED that the motion be DENIED.

Dated this 31st day of May, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge